UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIM J. GRILLIER,

    Plaintiff,

vs.                                    Case No. 08-CV-12449
                                    HON. GEORGE CARAM STEEH

CSMG SPORTS, LTD. et al.,

    Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION
## TO DISMISS CLAIMS AND COMPEL ARBITRATION (# 9)

For the reasons stated on the record at an August 13, 2008 hearing, defendants' motion to dismiss plaintiff Grillier's claims and compel arbitration is hereby DENIED, without prejudice. The parties may proceed immediately with limited discovery reasonably related to the issue of arbitration, prior to the Rule 16 conference.

SO ORDERED.

Dated: August 15, 2008

                                                  s/George Caram Steeh
                                                 GEORGE CARAM STEEH
                                                 UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 15, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk